

**Karl BRADY, Appellant**

v.

**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 16, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of June, 2014, the Order of the Commonwealth Court is hereby AFFIRMED.

**Wendell LONG, Appellant**

v.

**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 16, 2014.

Wendell Long, pro se.

John Jason Talaber, PA Board of Probation & Parole, for Pennsylvania Board of Probation and Parole.

### *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of June, 2014, the order of the Commonwealth Court is **AFFIRMED.**

**Larry WALLS, Appellant**

v.

**DEPARTMENT OF CORRECTIONS,
Appellee.**

Supreme Court of Pennsylvania.

June 16, 2014.

Larry Walls, pro se.

Laura J. Neal, PA Department of Corrections, for Department of Corrections.

### *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of June, 2014, the Order of the Commonwealth Court is **AFFIRMED.**

